**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PUBLIC UTILITY DISTRICT NO. 1 OF
SNOHOMISH COUNTY WASHINGTON,
                    *Petitioner,*

RELIANT ENERGY SERVICES INC.,
                    *Intervenor,*

            v.

FEDERAL ENERGY REGULATORY
COMMISSION,
                    *Respondent.*

No. 03-72511

FERC No.
EL02-26 et al.
Northern District of
California,
San Francisco

PUBLIC UTILITY DISTRICT NO. 1 OF
SNOHOMISH COUNTY WASHINGTON,
                    *Petitioner,*

CALPINE ENERGY SERVICES, L.P.; EL
PASO MERCHANT ENERGY L.P.;
MORGAN STANLEY CAPITAL GROUP,
INC.; MIRANT AMERICAS ENERGY
MARKETING, LP; BP ENERGY CO.;
ALLEGHENY ENERGY SUPPLY CO.,
LLC; AMERICAN ELECTRIC POWER
SERVICE CORPORATION,
                    *Intervenors,*

            v.

FEDERAL ENERGY REGULATORY
COMMISSION,
                    *Respondent.*

No. 03-74208

FERC No.
EL02-26, et al.
District of Oregon,
Portland

15015

NEVADA POWER COMPANY; SIERRA
PACIFIC POWER COMPANY,

                              *Petitioners,*

              v.

FEDERAL ENERGY REGULATORY
COMMISSION,

                              *Respondent.*

No. 03-74617

FERC No.
EL02-26-000
Northern District of
California,
San Francisco

SOUTHERN CALIFORNIA WATER
COMPANY,

                              *Petitioner,*

ENRON POWER MARKETING INC.,

                              *Intervenor,*

              v.

FEDERAL ENERGY REGULATORY
COMMISSION,

                              *Respondent.*

No. 03-74757

FERC No.
EL-02-28
Northern District of
California,
San Francisco

ATTORNEY GENERAL, STATE OF
NEVADA,

                                    *Petitioner,*

BP ENERGY COMPANY; MIRANT
AMERICAS ENERGY MARKETING,
L.P.,

                                    *Intervenors,*

                    v.

FEDERAL ENERGY REGULATORY
COMMISSION,

                                    *Respondent.*

No. 04-70712

FERC No.
EL02-28-004

Northern District of
California,
San Francisco

ORDER

Filed November 3, 2008

Before: Harry Pregerson, and Marsha S. Berzon, and
Richard R. Clifton, Circuit Judges.

## ORDER

In light of the Supreme Court's ruling in *Morgan Stanley
Capital Group Inc. v. Public Utility District No. 1 of Snoho-
mish County*, 128 S. Ct. 2733 (2008), we VACATE our prior
opinion and REMAND to the Federal Energy Regulatory
Commission for further proceedings consistent with the
Supreme Court's opinion. The mandate shall issue forthwith.

**VACATED and REMANDED**.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.